```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/4/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

22 Cr. 705 (AT)

DEVIN SILVA,

**ORDER**

Defendant.

ANALISA TORRES, District Judge:

      The Court shall hold an initial conference in this matter on **January 18, 2023**, at **1:20 p.m.** in Courtroom 15D of the United States Courthouse, 500 Pearl Street, New York, New York 10007.

      SO ORDERED.

Dated: January 4, 2023
       New York, New York

_____
ANALISA TORRES
United States District Judge