UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
UNITED STATES OF AMERICA,

      -against-

DEVIN SILVA,

                    Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/5/2023

22 Cr. 705 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    The initial conference scheduled for January 18, 2023, is RESCHEDULED to **January 17, 2023**, at **10:40 a.m.**

    SO ORDERED.

Dated: January 5, 2023
       New York, New York

                                          ANALISA TORRES
                                    United States District Judge