```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/12/2023____
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
UNITED STATES OF AMERICA,

       -against-

DEVIN SILVA,

                   Defendant.

22 Cr. 705 (AT)

**ORDER**

ANALISA TORRES, District Judge:

The status conference scheduled for January 17, 2023, is ADJOURNED to **January 17, 2023**, at **3:00 p.m.**

SO ORDERED.

Dated: January 12, 2023
       New York, New York

_____
ANALISA TORRES
United States District Judge