```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/17/2023____
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
UNITED STATES OF AMERICA,

      -against-

DEVIN SILVA,

                    Defendant.

22 Cr. 705 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    The status conference scheduled for January 17, 2023, is ADJOURNED to **January 31, 2023**, at **1:40 p.m.**

    SO ORDERED.

Dated: January 17, 2023
       New York, New York

ANALISA TORRES
United States District Judge