USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/30/2023____

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

    -against-

DEVIN SILVA,

                  Defendant.

22 Cr. 705 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    The status conference scheduled for January 31, 2023, is ADJOURNED to **February 14, 2023**, at **10:00 a.m.**

    SO ORDERED.

Dated: January 30, 2023
       New York, New York

                                        ANALISA TORRES
                                 United States District Judge