UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
UNITED STATES OF AMERICA,

      -against-

DEVIN SILVA,

                Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/7/2023____

22 Cr. 705 (AT)

**ORDER**

ANALISA TORRES, District Judge:

       The Court has reviewed the parties' letter dated February 7, 2023, ECF No. 17, and the parties' proposed protective order, ECF No. 17-1. The Court shall not retain jurisdiction over the protective order following termination of this action. ECF No. 17-1 ¶ 8. Accordingly, by **February 14, 2023**, the parties shall submit a revised protective order.

       SO ORDERED.

Dated: February 7, 2023
       New York, New York

_____
ANALISA TORRES
United States District Judge