```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/9/2023____
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

      -against-

DEVIN SILVA,

                Defendant.

22 Cr. 705 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    The status conference scheduled for February 14, 2023, is ADJOURNED to **February 14, 2023**, at **10:30 a.m.**

    SO ORDERED.

Dated: February 9, 2023
       New York, New York

_____
ANALISA TORRES
United States District Judge