U.S. Depart...

United State...
Southern Dis...

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/15/2023

*The Silvio J. Mollo...*
*One Saint Andrew'...*
*New York, New York 10007*

February 14, 2023

**BY ECF**
The Honorable Analisa Torres
United States District Judge
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007

      Re:    *United States v. Devin Silva*, 22 Cr. 705 (AT)

Dear Judge Torres:

    In the above-captioned matter, the Government respectfully requests that the time between February 14, 2023 and the initial conference currently scheduled for February 21, 2023 be excluded pursuant to the provisions of the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A). The defendant was indicted on December 21, 2022 and arraigned by the Honorable Sarah Netburn on January 4, 2023. At the defendant's arraignment, Judge Netburn excluded Speedy Trial Act time until January 18, 2023. *See* ECF Nos. 5, 6. Following multiple adjournments of the initial conference for various reasons, the Court has excluded time from January 18, 2023 through today, February 14, 2023. *See* ECF Nos. 13, 16.

    As the Court is aware, the initial conference scheduled for today, February 14, 2023, has now been postponed until February 21, 2023. The Government therefore requests the proposed exclusion. The Government submits that the ends of justice served by granting the proposed exclusion outweigh the best interests of the public and the defendants in a speedy trial, as the proposed exclusion will allow the Government time to assemble and produce discovery, the defendant time to review such discovery, and the parties an opportunity to discuss the possibility of pretrial resolution of this case.

    GRANTED. The time between February 14, 2023, and February 21, 2023, is excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7), because the ends of justice served by excluding such time outweigh the interests of the public and Defendant in a speedy trial in that this will allow time for the parties to produce and review discovery and discuss potential pretrial resolutions.

SO ORDERED.

Dated: February 15, 2023
       New York, New York

_____
ANALISA TORRES
United States District Judge