UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

DEVIN SILVA,

Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/21/2023_____

22 Cr. 705 (AT)

**ORDER**

ANALISA TORRES, District Judge:

On February 21, 2023, at 8:50 a.m., the Court received an email from Christopher McShea, the Supervisor Criminal Clerk for the United States Attorney's Office for the Southern District of New York, stating that the United States Marshals Service ("USMS") notified McShea that Defendant, Devin Silva, has "refused to come to court today."[1]  Defendant is obligated to come to Court today for a status conference scheduled for 3:20 p.m.  Accordingly, the Metropolitan Detention Center and USMS are authorized to use reasonable force if Defendant refuses to comply.

SO ORDERED.

Dated: February 21, 2023
       New York, New York

_____
ANALISA TORRES
United States District Judge

---

[1] Defendant has refused to come to court on two prior occasions.  On January 17, 2023, at 6:48 a.m., the Court received an email from Louis Zeppetelli of USMS stating that Defendant told the USMS "transport team that [Defendant] w[ould] not come to court today," and that "[n]o reason was given other than [Defendant] saying he d[id] not want to go."  On February 14, 2023, at 7:59 a.m., the Court received an email from McShea stating that USMS informed McShea that Defendant "refused production."  The Court adjourned both conferences.  ECF Nos. 11, 22.