```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/18/2023
```

# KIRTON LAW FIRM

*Marlon G. Kirton, Esq.*

*Nassau County:*
*175 Fulton Avenue, Suite 305*
*Hempstead, New York 11550*
*Tel. # (516) 833-5617*
*Fax # (516) 833-5620*

April 17, 2023

VIA ELECTRONIC FILING

Hon. Analisa Torres
United States District Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, New York 10007

Re: *U.S. v. Silva, 22 cr. 705 (AT)*

Dear Judge Torres:

    I represent Devin Silva in the above-referenced matter. This Court set April 26, 2023, as a status conference. I request an adjournment of the status conference for approximately 30 days.[1] I need additional time to review the discovery and discuss options with my client. The Government does not object to this request. I consent to the exclusion of Speedy trial time from April 26, 2023, to the next adjournment date.

    Please contact me if you have any questions or concerns.

GRANTED.  The status conference scheduled for April 26, 2023, is ADJOURNED to **June 6, 2023**, at **11:40 a.m.**

It is further ordered that the time between April 26, 2023, and June 6, 2023, is excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7), because the ends of justice served by excluding such time outweigh the interests of the public and Defendant in a speedy trial in that this will allow time for the parties to review discovery and discuss potential pretrial resolutions.

SO ORDERED.

Dated: April 18, 2023
       New York, New York

_____
ANALISA TORRES
United States District Judge