USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/18/2023

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------

United States of America

v.

Devin Silva
-----------------------------------------------------------------

22 cr 705 (AT)

ORDER

ANALISA TORRES, District Judge:

**DEVIN SILVA**, Register Number 34290-510 is remanded without bail at the METROPOLITAN DETENTION CENTER (MDC). Upon receipt of a letter dated, April 17, 2023, from defense Counsel, Marlon G. Kirton, regarding his client; The Court Orders as follows:

MDC will conduct a complete psychological examination of **DEVIN SILVA** as soon as possible.

MDC will provide **DEVIN SILVA** with appropriate care, including necessary medication, based on the findings produced from the psychological examination.

SO ORDERED.

Dated: April 18, 2023
       New York, New York

ANALISA TORRES
UNITED STATES DISTRICT JUDGE