USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _5/31/2023___

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

DEVIN SILVA,

                Defendant.

22 Cr. 705 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    The status conference scheduled for June 6, 2023, is ADJOURNED to **June 20, 2023**, at **2:00 p.m.**

    SO ORDERED.

Dated: May 31, 2023
        New York, New York

_____
ANALISA TORRES
United States District Judge