USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/20/2023

# KIRTON LAW FIRM

*Marlon G. Kirton, Esq.*

_____

*Nassau County:*
*175 Fulton Avenue, Suite 305*
*Hempstead, New York 11550*
*Tel. # (516) 833-5617*
*Fax # (516) 833-5620*

June 19, 2023

VIA ELECTRONIC FILING

Hon. Analisa Torres
United States District Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, New York 10007

Re: *U.S. v. Silva, 22 cr. 705 (AT)*

Dear Judge Torres:

    I represent Devin Silva in the above-referenced matter. This Court scheduled a status conference for June 20, 2023, at 2:00 pm. I request that tomorrow's status conference be adjourned.

    The Government offered the Defense a plea agreement. The plea agreement expires tomorrow. The Defense requested, and the Government granted a one-week extension of the plea agreement. I need additional time to confer with my client regarding the plea agreement. The Defense will notify the parties by Friday, June 23. 2023 if Mr. Silva will accept the plea agreement. In the alternative, the parties will suggest a motion schedule via letter. I have the consent of the Government for this request.

    Please contact me if you have any questions or concerns.

---

GRANTED. The conference scheduled for June 20, 2023, is ADJOURNED *sine die*. By **June 26, 2023**, the parties shall file a joint letter stating how they wish to proceed with this action.

SO ORDERED.

Dated: June 20, 2023
       New York, New York

_____
ANALISA TORRES
United States District Judge