USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/21/2023

U.S. Depa[rtment of Justice]

United Sta[tes Attorney]
Southern D[istrict of New York]

The Silvio J. Mo[llo Building]
One Saint Andre[w's Plaza]
New York, New York 10007

June 20, 2023

**BY ECF**

The Honorable Analisa Torres
United States District Judge
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007

Re: *United States v. Devin Silva*, 22 Cr. 705 (AT)

Dear Judge Torres:

The Government respectfully requests that the time between June 20, 2023 and June 26, 2023 be excluded pursuant to the provisions of the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A). The defendant was indicted on December 21, 2022 and arraigned by the Honorable Sarah Netburn on January 4, 2023. Speedy Trial Act time was excluded between the arraignment and initial conference. *See* ECF Nos. 6, 13, 16. Following the initial conference, the Court excluded Speedy Trial Act time between February 21, 2023 and June 6, 2023. *See* ECF Nos. 25, 28. On May 31, 2023, the Court adjourned a status conference scheduled for June 6, 2023 until June 20, 2023. *See* ECF No. 30. The Court has now adjourned the June 20, 2023 status conference and directed the parties to file a joint letter by June 26, 2023 stating how they wish to proceed in this action.

As the Court is aware, the parties are in discussions regarding a pretrial resolution of this case. The Government has made a plea offer to the defendant, which is being considered by the defendant and his counsel. The Government therefore requests the exclusion of time between today and June 26, 2023, the date by which the parties are to provide a status update to the Court. The Government submits that the ends of justice served by granting the proposed exclusion outweigh the best interests of the public and the defendants in a speedy trial, as the proposed exclusion will allow the parties an opportunity to reach agreement on a pretrial resolution of this case. Defense counsel has consented to this request.

GRANTED. The time between June 20, 2023, and June 26, 2023, is excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7), because the ends of justice served by excluding such time outweigh the interests of the public and Defendant in a speedy trial in that this will allow time for the parties to discuss a pretrial resolution of this action.

SO ORDERED.

Dated: June 21, 2023
New York, New York

ANALISA TORRES
United States District Judge