```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _10/04/2023_
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

      -against-

DEVIN SILVA,

                    Defendant.

22 Cr. 705 (AT)

**ORDER**

ANALISA TORRES, District Judge:

      The Court has reviewed the Government's letter dated September 29, 2023, ECF No. 44, and the competency evaluation report prepared by the Bureau of Prisons.

      Accordingly, by **October 13, 2023**, Defendant's counsel shall file a letter to inform the Court as to whether there are any objections to the report and, if so, the basis for such objections.

      SO ORDERED.

Dated: October 4, 2023
       New York, New York

_____
ANALISA TORRES
United States District Judge