UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
UNITED STATES OF AMERICA,

-against-

DEVIN SILVA,

                Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _12/07/2023_

22 Cr. 705 (AT)

**ORDER**

ANALISA TORRES, District Judge:

      By letter filed under seal and dated December 5, 2023, Defendant, Devin Silva, requests the appointment of psychiatrist Neil Blumberg, M.D., to conduct an examination pursuant to 18 U.S.C. § 4241(b). Dr. Blumberg is a licensed psychiatrist with over 40 years of experience who has been qualified as an expert in general or forensic psychiatry over fifty times. Defendant's request is GRANTED.

      Accordingly:

1. Dr. Blumberg shall conduct an examination of Defendant pursuant to 18 U.S.C. § 4241(b), in order to determine whether Defendant is suffering from any mental disease or defect rendering him mentally incompetent to the extent that he is unable to understand the nature and consequences of the proceedings against him or to assist properly in his defense;

2. At the conclusion of the examination, Dr. Blumberg shall prepare a report of Defendant's mental condition in order to assist the Court and counsel in the competency determination;

3. By **January 17, 2024**, all parties and the Court shall receive a copy of Dr. Blumberg's report;

4. By **January 19, 2024**, the parties shall file a joint letter setting forth a briefing schedule as to Defendant's competency; and

5. Because the Court is appointing Dr. Blumberg, *see* ECF No. 48, the Department of Justice is directed to compensate Dr. Blumberg for the services authorized in this order.

      SO ORDERED.

Dated: December 7, 2023
       New York, New York

_____
ANALISA TORRES
United States District Judge