```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _01/22/2024_
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

DEVIN SILVA,

                             Defendant.

22 Cr. 705 (AT)

**ORDER**

ANALISA TORRES, District Judge:

      On December 7, 2023, the Court appointed Neil Blumberg, M.D., to conduct an examination of Defendant, Devin Silva, pursuant to 18 U.S.C. § 4241(b).  ECF No. 50.  On January 15, 2024, Dr. Blumberg provided his report to the Court,[1] and opined that Silva is "not presently suffering from a mental disease or defect rendering him mentally incompetent to the extent that he is unable to understand the nature and consequences of the proceedings against him or to assist properly in his defense."  ECF No. 53 at 7.  By letter dated January 19, 2024, Silva's counsel informed the Court that he "do[es] not object to the findings and conclusions in Dr. Blumberg's report," and requested that the Court schedule a change-of-plea hearing.  ECF No. 52.

      Accordingly, the Court shall hold a change-of-plea hearing on **February 6, 2024**, at **1:00 p.m.**, in Courtroom 15D of the United States Courthouse, 500 Pearl Street, New York, NY 10007.

      SO ORDERED.

Dated: January 22, 2024
       New York, New York

_____
ANALISA TORRES
United States District Judge

---

[1] The report has been filed under seal, *see* ECF No. 53, because it contains sensitive medical information.