```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _06/06/2024_
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

        -against-

DEVIN SILVA,

                      Defendant.

22 Cr. 705 (AT)

**ORDER**

ANALISA TORRES, District Judge:

        The Court is in receipt of a letter from defense counsel dated June 6, 2024, seeking to adjourn the sentencing of Defendant, Devin Silva.[1]

        Accordingly, the sentencing scheduled for June 18, 2024, is ADJOURNED to **July 16, 2024**, at **3:00 p.m.**  Defendant's sentencing submission is due by **July 2, 2024**.  The Government's sentencing submission is due by **July 9, 2024**.  There shall be no further extensions.

        SO ORDERED.

Dated: June 6, 2024
       New York, New York

ANALISA TORRES
United States District Judge

---

[1] Defense counsel is directed to file this letter on this public docket.