UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

      -against-

DEVIN SILVA,

                      Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _06/17/2024_

22 Cr. 705 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    Due to a scheduling conflict, the sentencing scheduled for July 16, 2024, is RESCHEDULED to **July 15, 2024**, at **2:00 p.m.** All other deadlines remain the same. *See* ECF No. 62.

    SO ORDERED.

Dated: June 17, 2024
       New York, New York

_____
ANALISA TORRES
United States District Judge