UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

      -against-

DEVIN SILVA,

                       Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 07/09/2024

22 Cr. 705 (AT)

**ORDER**

ANALISA TORRES, District Judge:

      The sentencing scheduled for July 15, 2024, is ADJOURNED to **July 30, 2024**, at **3:00 p.m.** in Courtroom 15D of the United States Courthouse, 500 Pearl Street, New York, NY 10007.

      By **July 16, 2024**, the defense shall file a supplemental sentencing submission. By **July 23, 2024**, the Government shall file its sentencing submission.

      SO ORDERED.

Dated: July 9, 2024
       New York, New York

_____
ANALISA TORRES
United States District Judge