UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

DEVIN SILVA,

                              Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:   07/18/2024

22 Cr. 705 (AT)

**ORDER**

ANALISA TORRES, District Judge:

By order dated July 9, 2024, the Court required the defense to file a supplemental sentencing memorandum by July 16, 2024.  ECF No. 65.  The defense filed a supplemental memorandum addressing Defendant's applicable Guidelines range.  ECF No. 66.  In the supplemental submission, the defense requested leave to file an additional supplement that includes letters from Defendant's family and "fully addresses the factors listed in 18 USC 3553(a)."  *Id.* at 2.  The defense's request to file an additional supplement is GRANTED.  Accordingly:

1. By **July 23, 2024**, Defendant shall file his supplemental papers;
2. By **July 30, 2024**, the Government shall file its sentencing submission; and
3. The sentencing scheduled for July 30, 2024, is ADJOURNED to **September 3, 2024**, at **2:00 p.m.** in Courtroom 15D of the United States Courthouse, 500 Pearl Street, New York, NY 10007.

   SO ORDERED.

Dated: July 18, 2024
       New York, New York

_____
ANALISA TORRES
United States District Judge