USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 9/8/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------x
UNITED STATES OF AMERICA

22 cr. 705 (AT)

v.

ORDER

DEVIN SILVA
-----------------------------------------------------x

ANALISA TORRES; DISTRICT COURT

DEVIN SILVA, Register Number 34290-510, is a sentenced prisoner at the METROPOLITAN DETENTION CENTER (MDC). Upon receipt of a letter dated September 4, 2026, from Defense Counsel Marlon G. Kirton regarding his client, DEVIN SILVA;

The Court Orders as follows:

MDC will conduct a comprehensive psychological examination of DEVIN SILVA as soon as possible.

MDC will provide DEVIN SILVA with appropriate care, including necessary medication, based on the findings of the psychological examination.

Dated:
September 8, 2026
New York, NY

ANALISA TORRES
UNITED STATES DISTRICT COURT