USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: ________________
DATE FILED: 9/8/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

-against-

DEVIN SILVA,

Defendant.

22 Cr. 705 (AT)

**ORDER**

ANALISA TORRES, District Judge:

The parties shall appear for a status conference on **October 13, 2026**, at **10:00 a.m.** in **Courtroom 15D** of the United States Courthouse, 500 Pearl Street, New York, New York 10007.

SO ORDERED.

Dated: September 8, 2026
New York, New York

ANALISA TORRES
United States District Judge