USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/9/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

-against-

DEVIN SILVA,

Defendant.

22 Cr. 705 (AT)

**ORDER**

ANALISA TORRES, District Judge:

The status conference scheduled for October 13, 2026 is ADJOURNED to **October 26, 2026** at **3:00 p.m.** in **Courtroom 15D** of the United States Courthouse, 500 Pearl Street, New York, New York 10007.

SO ORDERED.

Dated: October 9, 2026
New York, New York

ANALISA TORRES
United States District Judge